1

2

3

4

5

6

7

The Honorable Barbara J. Rothstein

8              UNITED STATES DISTRICT COURT

9         FOR THE WESTERN DISTRICT OF WASHINGTON

10    MICAELA GRILL, individually and as          Case No. 2:23-cv-01058
      personal representative of THE ESTATE OF
11    DONALD C. MARTIN,                           **STIPULATED MOTION TO CONTINUE
                                                  TRIAL DATE AND PRE-TRIAL
12                      Plaintiff,                DEADLINES AND ORDER**

13         v.

14    ALLSTATE INSURANCE COMPANY,

15                      Defendant.

16         Pursuant to LCR 16(b)(6) and 7(j), Plaintiff Micaela Grill and Defendant Allstate

17    Insurance Company, by and through their undersigned counsel, jointly request the Court enter

18    an order continuing the current trial date and all pre-trial deadlines (Dkt. #10) for the reasons

19    below.  This is the parties' first requested continuance.

20         Good cause exists for a continuance.  The parties have diligently pursued and

21    accomplished significant written discovery between each other and with third parties in this

22    particularly document-heavy insurance dispute.  The current expert disclosure deadline is April

23    22, 2024 and the current discovery cutoff is May 17, 2024.  Expert reports cannot be completed

24    before written discovery is complete or substantially complete.  However, the parties still have

25    outstanding written discovery, many fact and expert depositions to take (some of which are

26    noted, but dependent on witness schedules and availability), and thus expert reports and

STIPULATED MOTION TO CONTINUE AND ORDER                    **FOX ROTHSCHILD LLP**
(CASE NO. 2:23-CV-01058) - 1                           1001 FOURTH AVENUE, SUITE 4400
                                                           SEATTLE, WA 98154
                                                              206.624.3600

discovery to complete.  Such significant discovery cannot be completed before the current deadlines.

The scope of remaining discovery is dependent on the parties' current discovery dispute regarding Allstate's responses and document production.  The parties' have met and conferred to narrow and eliminate some of the issues with Allstate committing to supplement its responses.  However, the disputes are not fully and finally resolved, and motion practice may be inevitable.  Furthermore, there is also the potential for additional discovery motions regarding depositions.

To allow the parties sufficient time to settle all discovery disputes between them, to fully complete written discovery, expert discovery, and depositions in an appropriate and thorough manner, the parties propose the following trial date and related pre-trial deadlines:

| EVENT | OLD DEADLINE | NEW DEADLINE (STIPULATED) |
|---|---|---|
| BENCH TRIAL DATE | November 18, 2024 | May 19, 2025 |
| Reports from expert witness under FRCP 26(a)(2) due | April 22, 2024 | October 22, 2024 |
| Discovery completed by | May 17, 2024 | November 18, 2024 |
| All dispositive motions must be filed by | June 21, 2024 | December 20, 2024 |
| All motions *in limine* must be filed by | October 15, 2024 | April 15, 2025 |
| Joint Pretrial Statement | October 21, 2024 | April 21, 2025 |
| Pretrial conference | November 5, 2024 | May 5, 2025 |

//

//

//

//

//

//

STIPULATED MOTION TO CONTINUE
(CASE NO. 2:23-CV-01058) - 2

**Fox Rothschild LLP**
**1001 Fourth Avenue, Suite 4400**
**Seattle, WA 98154**
**206.624.3600**

1    The parties respectfully request the Court issue an Amended Order Setting Trial Date

2    and Related Deadlines consistent with the proposed dates above.

3    DATED this 19th day of April, 2024.

4                                    FOX ROTHSCHILD LLP

5

6                                    *s/ Al Roundtree*
                                     Wendy E. Lyon, WSBA #34461
7                                    Bryan J. Case, WSBA #41781
                                     Al Roundtree, WSBA #54851
8
                                     *Attorneys for Defendant Allstate Insurance*
9                                    *Company*

10                                   FLANAGAN STRAUSS, PLLC

11

12                                   *s/ Leonard Flanagan*
                                     Leonard Flanagan, WSBA # 20966
13                                   Ken Strauss, WSBA #31317

14                                   *Attorneys for Plaintiffs*

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATED MOTION TO CONTINUE
(CASE NO. 2:23-CV-01058) - 3

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4400
SEATTLE, WA 98154
206.624.3600

1    Based on the foregoing, and for good cause shown, the parties' Stipulated Motion to

2    Continue is GRANTED.

3

4    DATED this 29th day of April, 2024.

5

6

7    Barbara Jacobs Rothstein
     U.S. District Court Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

FOX ROTHSCHILD LLP
1001 FOURTH AVENUE, SUITE 4400
SEATTLE, WA 98154
206.624.3600